IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DALE OWEN DUSTIN,

      Plaintiff,                          No. CIV S-08-2638 EFB

  vs.

TOM FELKER, et al.,

      Defendants.               ORDER

_____/

      Plaintiff, a prisoner without counsel, has filed a complaint alleging civil rights violations. *See* 42 U.S.C. § 1983. He has submitted an affidavit requesting leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915(a)(1).

      Section 1915(a)(2) requires "a prisoner seeking to bring a civil action without prepayment of fees or security therefor, in addition to filing the affidavit filed under paragraph (1), shall submit a certified copy of the trust fund account statement (or institutional equivalent) for the prisoner for the 6-month period immediately preceding the filing of the complaint . . . , obtained from the appropriate official of each prison at which the prisoner is or was confined." Plaintiff has not submitted a trust account statement or institutional equivalent reflecting activity for the six months immediately preceding November 5, 2008. Therefore, he has failed to comply with 28 U.S.C. § 1915(a)(2).

1     Accordingly, plaintiff has 30 days from the date this order is served to submit the
2 required trust account statement. Failure to comply with this order will result in a
3 recommendation that this action be dismissed.
4     So ordered.
5 Dated: November 13, 2008.

                                EDMUND F. BRENNAN
                                UNITED STATES MAGISTRATE JUDGE