IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DALE OWEN DUSTIN,

      Plaintiff,                              No. CIV S-08-2638 EFB P

   vs.

TOM FELKER, et al.,

      Defendants.               ORDER

_____/

    Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. He requests an extension of time to file his trust account statement. *See* Fed. R. Civ. P. 6(b).

    Plaintiff's December 31, 2008 motion is granted and plaintiff has 30 days from the date this order is served to file his trust account statement.

    So ordered.

DATED: January 14, 2009.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE